

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br><br><br>Derrick Wade GADBERRY,<br><br><br><br><br>　　　　　　　Defendant. | Magistrate Docket No. **20MJ0799**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, USC 1324(a)(1)(A)(ii)<br>Transportation of Illegal Aliens<br><br>FILED<br>FEB 21 2020<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY　　　　　　　　　　DEPUTY |

　　The undersigned complainant being, duly sworn, states:

On or about February 20, 2020, within the Southern District of California, defendant Derrick Wade GADBERRY, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Jose Antonio ARIAS-Mendoza and Roberto MENDOZA-Sosa, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

　　　　　　　　　　　　　　　　　　　　　　　　SIGNATURE OF COMPLAINANT
　　　　　　　　　　　　　　　　　　　　　　　　Giancarlo Lugo
　　　　　　　　　　　　　　　　　　　　　　　　Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,
THIS 21st DAY OF February, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　KAREN S. CRAWFORD
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Derrick Wade GADBERRY

## PROBABLE CAUSE STATEMENT

The complainant states that Jose Antonio ARIAS-Mendoza and Roberto MENDOZA-Sosa, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On February 20, 2020, Border Patrol Agent D. Guerrero was performing assigned duties in the Boulevard Border Patrol Station's area of responsibility. Agent Guerrero was dressed in plain clothes, and operating an unmarked Agency vehicle.

Agent Guerrero was observing traffic near Interstate 8 (I-8) at a local gas station. Agent Guerrero was advised that at the beginning of shift several groups of individuals were detected near the border and had eluded detection. Their last known location was southeast of Jacumba.

At the beginning of shift, Border Patrol Agent J. Zazueta, who was operating a mobile surveillance camera (MSC) observed two separate groups of individuals descent a mountain top referred to by Border Patrol agents as "Airport Mesa." Agent Zazueta maintained surveillance of the individuals as they arrived to Old Highway 80 (Old 80). Agent Zazueta notified that two of the individuals ran across Old 80 and hid just north of the highway and other two stayed hidden in a brush line just south of mile marker 36.5.

At approximately 8:40 AM, Border Patrol Agent C. Driskell alerted of a possible white pickup truck with a camper shell performing a U-turn on Old 80 and travel eastbound. Agent Zazueta advised that the two individuals hidden north of Old 80 were walking south to the roadway and then had entered the vehicle. Agent Zazueta relayed that the vehicle performed a U-turn and then traveled north on Carrizo Gorge Road. Border Patrol Agent C. Mayer, who was wearing her rough duty uniform and was operating a marked agency vehicle, announced that she was positioned at the north end of Carrizo Gorge Rd to intercept the vehicle. From Agent Guerrero's location at the time he was able to see only one white vehicle traveling northbound. Agent Guerrero informed Agent Mayer that the vehicle in question was approaching her position. Agent Mayer pulled behind the vehicle as it passed by her and entered Interstate 8 westbound. Agent Mayer then performed a vehicle stop.

Agent Mayer approached the driver side of the vehicle and identified herself as a Border Patrol Agent to the driver, later identified as the defendant Derrick Wade GADBERRY and front seat

**CONTINUATION OF COMPLAINT:**
Derrick Wade GADBERRY

passenger. As Agent Guerrero approached the passenger side of the vehicle, he observed a bulge in the cargo area of the vehicle covered with a blanket. Agent Guerrero continued to the passenger door and identified himself as a Border Patrol Agent to the vehicle occupants. Agent Guerrero conducted an immigration inspection on GADBERRY and the front seat passenger. GADBERRY responded "California." Agent Guerrero asked GADBERRY if anyone else was inside the vehicle which he hesitated to answer. Agent Guerrero asked GADBERRY for consent to search the interior of the vehicle which he granted. Border Patrol Agent J. Mares arrived on scene to assist. Upon granting consent, Agent Mares opened the rear doors accessing the cargo area, removed the blanket and observed two individuals, later identified as material witnesses Jose Antonio ARIAS-Mendoza, and Roberto MENDOZA-Sosa, hiding under the blanket. Agent Mares identified himself as a Border Patrol Agent to ARIAS and MENDOZA and performed an immigration inspection. Both material witnesses stated that they are citizens of Mexico, not in possession of any documents that would allow them to enter or remain in the United States. At approximately 8:47 AM, Agent Guerrero placed GADBERRY and the front seat passenger under arrest. At that same time, Agent Mares placed ARIAS and MENDOZA under arrest. This location is approximately 2 miles north of the United States/Mexico International Boundary and approximately 28 miles east of the Tecate, California Port of Entry.

Defendant Derrick Wade GADBERRY was advised of his Miranda rights. GADBERRY stated he understood his rights and was willing to answer questions without an attorney present. GADBERRY stated that he just got out of jail yesterday and that while in jail he met an individual who passed his information to someone who goes by "Ghost." GADBERRY stated Ghost contacted him today and offered him a job picking up people and that he was going to be paid $500 dollars per person. GADBERRY stated that Ghost told him to go to the Viejas Casino and wait for further directions. GADBERRY stated he was later instructed to get back on the freeway and to get off at exit 77 and then make a right on Old 80. GADBERRY continued driving on Old 80 and saw the individuals on the road. GADBERRY claimed that after they entered the vehicle no words were exchanged.

Material witnesses Jose Antonio ARIAS-Mendoza and Roberto MENDOZA-Sosa stated they are citizens of Mexico illegally present in the United States. ARIAS and MENDOZA stated that they made smuggling arrangements and had agreed to pay approximately $7,000 USD to be smuggled into the United States. ARIAS and MENDOZA stated they illegally entered the United States and were guided to a paved road where they were told a white Suburban vehicle was going to pick them up. ARIAS and MENDOZA stated that a white Suburban stopped and picked them up. MENDOZA stated that the driver of the vehicle told them to go all the way to

**CONTINUATION OF COMPLAINT:**
**Derrick Wade GADBERRY**

the back and hide in English and with hand gestures. When presented with a photographic lineup consisting of six individuals, ARIAS positively identified the defendant, GADBERRY, as the driver of the vehicle in which they were arrested.